**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD E. TAYLOR, | No. C 06-2981 MMC (PR) |
| Petitioner, | **ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS; DIRECTING PETITIONER TO PAY FILING FEE WITHIN THIRTY DAYS** |
| v. | |
| E. YLST, | **(Docket No. 2)** |
| Respondent. | |

On May 3, 2006, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Concurrently therewith, petitioner filed an application to proceed in forma pauperis.  Petitioner's trust account documents reveal that for the six months preceding the filing of the petition, petitioner had average monthly deposits in his trust account of $52.75 and average monthly balances of $61.96.  Petitioner has sufficient funds to pay the $5.00 habeas filing fee.

Accordingly, the application to proceed in forma pauperis is DENIED.  Within **30 days** of the date this order is filed, petitioner shall pay the $5.00 filing fee.  Petitioner shall include with his payment a clear indication that it is for case number C-06-2981 MMC (PR).

**Failure to pay the filing fee as ordered herein within 30 days of the date this order is filed shall result in the dismissal of this action without prejudice.**

This order terminates Docket No. 2.

IT IS SO ORDERED.

DATED: June 16, 2006

_____
MAXINE M. CHESNEY
United States District Judge