IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD EVANS TAYLOR,

        Petitioner,

v.

ROBERT L. AYERS, JR.., Warden,

        Respondent.

No. CV-06-2981 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is hereby DENIED.

Dated: June 16, 2009

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk